AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 4 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BENNY RAY SMITH ) | Case No: CR-95-0010-WFN-1 |
| ) | USM No: 08507-085 |
| Date of Previous Judgment: December 8, 1995 ) | Tracy Staab |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months is reduced to __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Had Mr. Smith been sentenced under the amended Guideline range at the time of his original sentencing, he would have received a sentence of 151 months which is less than what he has actually served.

Except as provided above, all provisions of the judgment dated __12/8/95__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 4, 2008__

_____
Judge's signature

Effective Date: __March 15, 2008__
(if different from order date)

Wm. Fremming Nielsen, Senior U.S. Dist. Judge
Printed name and title